IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DOUGLAS MARSHALL, | § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 6:18-CV-00579-JDK |
| v. | | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR MRFA TRUST 2015-1, | | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On December 18, 2018, the Magistrate Judge issued his Report and Recommendation (Doc. No. 8), recommending that Defendant's Motion to Dismiss (Doc. No. 5) be granted and the case be dismissed with prejudice. No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 8) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that all objections are **OVERRULED** and that Defendant's Motion to Dismiss (Doc. No. 5) be **GRANTED** and the case be **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **4th** day of **January, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1